

# Fourth Court of Appeals
## San Antonio, Texas

June 5, 2019

No. 04-19-00344-CV

**IN RE MURPHY EXPLORATION & PRODUCTION COMPANY**, et al.

Original Mandamus Proceeding[1]

**ORDER**

On May 23, 2019, relators filed a petition for writ of mandamus and an emergency motion to stay the trial court proceedings. After considering the petition and the record, this court concludes relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). Relators' motion to stay is DENIED AS MOOT.

It is so **ORDERED** on June 5, 2019.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of June, 2019.

_____
Keith E. Hottle, Clerk of Court

---

[1] This proceeding arises out of Cause No. 15-03-54356-CV, styled *Garrett Waites v. Murphy Exploration & Production Co. d/b/a Murphy Exploration & Production, et al.*, pending in the 79th Judicial District Court, Jim Wells County, Texas, the Honorable Richard C. Terrell presiding.